04 CR 699

## AMENDED
## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES DISTRICT JUDGE
## TO PERFORM JUDICIAL DUTIES IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Seventh Circuit having

certified that there is a necessity for the designation and assignment of a judge from another

circuit to perform judicial duties in the United States District Court for the Northern District of

Illinois, and the

### HONORABLE JOHN F. KEENAN

a Senior United States District Judge for the United States District Court for the Southern District

of New York, in the Second Circuit, having consented to perform judicial duties in the United

States District Court for the Northern District of Illinois, in the Seventh Circuit, in *United States

of America v. Gale Nettles, Criminal No. 04-699*;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States

Code, section 294(d), I do hereby designate and assign the Honorable John F. Keenan to perform

judicial duties in the United States District Court for the Northern District of Illinois for the

period or purpose stated and for such time as needed in advance thereof to prepare and to issue

necessary orders, or thereafter as required to complete unfinished business.

*William H. Rehnquist*

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C.  MAR 2 1 2005