## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

GALE NETTLES,

                Defendant.

04 CR 699

Honorable John F. Keenan
(By Designation and Assignment)

## NOTICE OF FILING

**FILED**

**LAL**

MAY 5 2005

MAY 5 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

TO:    John C. Kocoras
        Assistant United States Attorney
        219 South Dearborn Street
        Suite 500
        Chicago, IL 60604

**PLEASE TAKE NOTICE THAT** on the 5th day of May, 2005, we caused to be filed with the Clerk of the United States, District Court for the Northern District of Illinois:

- **Defendant's Motion for Severance of Counts**
- **Defendant's Motion Requiring Assistance Necessary to Hear Court Proceedings**
- **Defendant's Motion to Require Notice of Intention to Use Other Crimes, Wrongs or Acts in Evidence**
- **Defendant's Renewed Motion to Transfer Proceedings Pursuant to Rule 21**
- **Defendant's Motion *in Limine* Regarding Prior Convictions**
- **Defendant's Motion *in Limine* to Prohibit Introduction of Tape Recordings of Non-Testifying Witnesses**

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
Attorney for Defendant
29 S. LaSalle Street, Suite 200
Chicago, Illinois 60603
(312) 782-1121

## CERTIFIED PROOF OF SERVICE

The undersigned, John T. Theis, an attorney, served a true and accurate copy of the foregoing Notice and attached document by hand delivery to the parties as addressed above on May 5, 2005.

JOHN T. THEIS

F:\Clancy\AATHEIS\2004\Nettles\notoffil001.wpd



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

GALE NETTLES, Defendant.

**FILED**
LAL
MAY - 5 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

04 CR 699

Honorable John F. Keenan
(By designation and assignment)

## DEFENDANT'S MOTION FOR SEVERANCE OF COUNTS

NOW COMES the Defendant, GALE NETTLES, by and through his attorney, JOHN T.

THEIS, and moves this Honorable Court for a severance of counts in this cause pursuant to Rules

8 and 11 of the Federal Rules of Criminal Procedure stating in support thereof as follows:

1.     The Defendant is charged in the instant indictment with nine counts, of which

three counts, alleging violations of 18 U.S.C. § 844(f)(1), 18 U.S.C. § 844(i) and 18 U.S.C. §

2339(A) arise out of an alleged offense which had as its purpose the destruction by fire and

explosives of the Dirksen Federal Building, and six counts are counterfeit related offenses in

violation of 18 U.S.C. § 471 and 473.

2.     The joinder of the three counts arising out of the allegations concerning the

destruction of the Dirksen Federal Building are thus joined in the indictment with unrelated

counts alleging violations of 18 U.S.C. § 471 and 18 U.S.C. § 473 concerning forged and

counterfeit Federal Reserve notes.

3.     Rule 8 of the Federal Rules of Criminal Procedure provides as follows:

(a)     **Joinder of Offenses.** The indictment or information may
charge a defendant in separate counts with two or more
offenses if the offenses charged - whether felonies or

1

misdemeanors or both - are of the same or similar character, or are based on the same act or transaction, or are connected with or constitute parts of the common scheme or plan.

4. The destruction of the Federal Building counts are not of the same or similar character, are not of the same act or transaction, and are not part of the common scheme of the other counts in this cause.

5. Moreover, the Defendant would be prejudiced on the forged and counterfeit document counts by the evidence of the potential violence that is alleged in the other counts, Rule 14 of the Federal Rules of Criminal Procedure requires that if the joinder of offenses in an indictment or the consolidation for trial appears to prejudice a Defendant or the Government, the Court may order separate trials of counts or provide any other relief which justice requires. *United States v. Souffront*, 338 F.3d 809; *United States v. Lanas*, 324 F.3d 894 (7th Cir. 2003); *United States v. Thompson*, 286 F.3d 950 (7th Cir. 2002); *United States v. Little Dog*, 398 F.3d 1032 (8th Cir. 2005).

WHEREFORE the Defendant respectfully requests that this Court grant a severance of counts pursuant to Federal Rules of Criminal Procedure 8 and 14, and require the Government to elect which counts on which is wishes to proceed in this cause.

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AATHEIS\2004\Nettles\motsevcounts.wpd

2