FILED

LAL

MAY 5 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

       v.

GALE NETTLES,

                    Defendant.

04 CR 699

Honorable John F. Keenan
(By Designation and Assignment)

## DEFENDANT'S MOTION REQUIRING
## ASSISTANCE NECESSARY TO HEAR COURT PROCEEDINGS

NOW COMES the Defendant, GALE NETTLES, by and through his attorney, JOHN T. THEIS, and moves this Honorable Court for an order requiring that the United States Marshal's Service and/or the Bureau of Prisons provide him with sufficient assistance in this case to hear and participate in Court proceedings, stating in support thereof as follows:

1. The Defendant is charged in the instant indictment with nine counts, of which three counts, alleging violations of 18 U.S.C. § 844(f)(1), 18 U.S.C. § 844(i) and 18 U.S.C. § 2339(A) arise out of an alleged offense which had as its purpose the destruction by fire and explosives of the Dirksen Federal Building, and six counts are counterfeit related offenses in violation of 18 U.S.C. § 471 and 473.

2. Defendant has appeared in Court on several occasions in this case, and has difficulty hearing the Court proceedings because of hearing disabilities which have not been addressed while he has been in custody in this case.

3. The Defendant is entitled under the Due Process and Equal Protection clauses of the United States Constitution, to an opportunity to participate fully in the trial in this cause, and

if he cannot hear all of the proceedings, that right would be denied.

4.    Defendant has made numerous requests of the Metropolitan Correctional Center in Chicago for a hearing aid or some other device to allow him to be able to participate in the court proceedings, but so far has not been granted any such relief.

WHEREFORE, Defendant respectfully requests that this Court issue an order on the Metropolitan Correctional Center, the Bureau of Prisons, or the United States Marshal's Service, to provide him with whatever hearing assistance is necessary to allow him to participate in the trial in this cause.

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AATHEIS\2004\Nettles\mothearing.wpd

2