**FILED** LAL

MAY 5 2005

MAY 5 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                                    Plaintiff,

                v.

GALE NETTLES,

                                    Defendant.

04 CR 699

Honorable John F. Keenan
(By Designation and Assignment)

### DEFENDANT'S MOTION TO REQUIRE NOTICE OF INTENTION TO USE OTHER CRIMES, WRONGS, OR ACTS IN EVIDENCE

Defendant, GALE NETTLES, by and through his attorney, JOHN T. THEIS, pursuant to

Rule 12(d)(2), Federal Rules of Criminal Procedure, and Rule 104 (a) and (c), Federal Rules of

Evidence, moves that this Honorable Court enter an order directing the government to give notice

of its intention to use at trial the following:

1.     Any and all "other crimes, wrongs, or acts" of any Defendant pursuant to Federal

Rule of Evidence 404(b), including but not limited to:

      a.     The dates, times, places, and persons involved in such other crimes, wrongs, or acts;

      b.     The statements of each participant;

      c.     Any and all documents, reports, or records concerning such acts, including who prepared the material and when as well as who has possession of the materials at the present time;

      d.     The issue or issues to which the government believes such evidence is relevant.

2.     Any and all "specific instance of conduct" of any Defendant pursuant to Federal

Rules of Evidence 608(b), including but not limited to:

1

a.      The dates, times, places, and persons involved in such specific instances of misconduct;

b.      The statements of each participant; and

c.      Any and all documents, reports, or records concerning such acts, including who prepared the material and when as well as who has possession of the materials at the present time.

WHEREFORE, Defendant GALE NETTLES, respectfully requests that this motion be granted.

Respectfully submitted,

JOHN T. THEIS
Attorney for Gale Nettles

JOHN T. THEIS
29 South La Salle Street
Barrister Hall, Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AA THEIS\2004\Nettles\motofintenttouse.wpd

2