

**FILED** LAL

MAY 5 2005

MAY 5 2005
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

     Plaintiff,

   v.

GALE NETTLES,

     Defendant.

04 CR 699

Honorable John F. Keenan
(By Designation and Assignment)

## DEFENDANT'S RENEWED MOTION TO
## TRANSFER PROCEEDINGS PURSUANT TO RULE 21

NOW COMES the Defendant, GALE NETTLES, by and through his attorney, JOHN T. THEIS, and moves this Honorable Court for an order transferring this proceeding to another district of the United States District Court pursuant to Federal Rule of Criminal Procedure 21(a), stating in support thereof as follows:

1. The Defendant is charged in the instant indictment with nine counts, of which three counts, alleging violations of 18 U.S.C. § 844(f)(1), 18 U.S.C. § 844(i) and 18 U.S.C. § 2339(A) arise out of an alleged offense which had as its purpose the destruction by fire and explosives of the Dirksen Federal Building, in which the trial of this cause is currently scheduled to occur.

2. The Defendant is informed and believes that much of the Government's evidence in this case will be introduced in an effort to convince the jurors that the Defendant performed acts which were intended to cause the destruction of the Dirksen Building, and to cause the death of countless individuals who would be present in the building, including, among others, Judges, court personnel, and any jurors who would be present at the time of the explosion and fire.

3. The Defendant believes that so great a prejudice against the Defendant exists now and would exist among jurors trying the case in this District, that he cannot obtain a fair and

1

impartial trial here. *See United States v. McVeigh*, 918 F.Supp. 1467 (W.D. Okl. 1996)

4.     Defendant previously moved for a transfer of this proceeding and for recusal of the Trial Judge assigned to the case, which motion was denied in an order of Judge Elaine E. Bucklo.

5.     Defendant filed a petition for Writ of Mandamus to the United States Court of Appeals for the Seventh Circuit, and the Court ordered that the case be transferred to another Judge outside of the United States District Court for the Northern District of Illinois, which was done by Order of the Chief Justice of the United States Supreme Court.

6.     In its Order on the recusal motion, the Court of Appeals did not address the issue regarding transfer from the District for trial.

7.     All of the issues raised previously before Judge Bucklo involving the prejudice to Defendant by the concerns of potential jurors in this case are still valid, and thus Defendant renews his motion for transfer to another District.

WHEREFORE, Defendant, GALE NETTLES, respectfully requests that this Court issue an order transferring this cause to another District of the United States District Court for trial in this cause.

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AA THEIS\2004\Nettles\mottransfer002.wpd

2