**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 2 7 2005 WH
MAY 27 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 699 |
| | ) | |
| GALE NETTLES | ) | Hon. John F. Keenan (by designation) |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S RENEWED MOTION TO TRANSFER PROCEEDINGS

The UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following response to Defendant's Renewed Motion to Transfer Proceedings. For the reasons set forth below, defendant's motion should be denied.

Rule 21 of the Federal Rules of Criminal Procedure provides that venue of a trial shall be transferred to another district if there exists in the original district "so great a prejudice against the defendant" such that the defendant "cannot obtain a fair and impartial trial" in that district.

Defendant requests that venue in this case be transferred outside of this District because all jurors at a trial here would have been potential victims if they had been serving on juries in the Dirksen Federal Building at the time defendant detonated a bomb outside the building. However, unlike the particular judges of this District, those particular jurors were likely not among defendant's targets because they likely would not have been involved in jury service during defendant's efforts to further his plot.

Nothing indicates that defendant cannot receive a fair and impartial trial here. Defendant's concerns regarding the potential impartiality of jurors could be adequately addressed during the *voir dire* process.

Defendant previously asserted that there has been a substantial amount of pretrial publicity in this District about this case, although he acknowledged that it has not been as great as the pretrial publicity in *United States v. Matthew Hale*, where the trial occurred in the Dirksen building (with a judge from another district sitting by designation). Likewise, pretrial publicity in this case has been substantially less than in other recent and upcoming trials, including the upcoming trial of ex-Governor George Ryan, which will occur in the Dirksen building. As in those cases, defendant's concerns about pretrial publicity can adequately be addressed during jury selection.

Neither the threat defendant presented to potential jurors nor pretrial publicity demonstrates that defendant cannot receive a fair and impartial trial here. Accordingly, defendant's motion should be denied.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:     _____

JOHN C. KOCORAS
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-7602

2

## CERTIFICATE OF SERVICE

The undersigned attorney, John C. Kocoras, certifies that he is employed in the Office of the

United States Attorney for the Northern District of Illinois; that on the 27th day of May 2005, he

served a copy of the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S RENEWED

MOTION TO TRANSFER PROCEEDINGS by placing the same in the United States mail addressed

to:

Mr. John T. Theis, Esq.
Suite 220 - Barrister Hall
29 South LaSalle Street
Chicago, Illinois 60603

JOHN C. KOCORAS
Assistant U.S. Attorney