UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 2 7 2005 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 699 |
| | ) | |
| GALE NETTLES | ) | Hon. John F. Keenan (by designation) |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION REQUIRING ASSISTANCE NECESSARY TO HEAR COURT PROCEEDINGS

The UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following response to defendant's Motion Requiring Assistance Necessary to Hear Court Proceedings.

Defendant contends in his motion that he has hearing difficulties which might prevent him from hearing portions of court proceedings in his case. He requests that the Court order the Metropolitan Correctional Center, Bureau of Prisons or the United States Marshal's Service to provide him with something that will assist his hearing in court.

The government agrees that reasonable accommodations can and should be made to allow the defendant to hear the proceedings against him. The government believes that defendant can be provided with headphones which receive the sounds picked up by the microphones in the courtroom, as many court reporters appear to use. If that is unavailable, the government is confident that the courthouse staff can find another reasonable accommodation. There does not appear to be a need to order the Metropolitan Correctional Center, Bureau of Prisons or the United States Marshal's Service to provide defendant with hearing assistance, and defendant's concerns can be better addressed by the Court and its staff directly prior to defendant's next appearance.

For the reasons set forth above, defendant's motion for an order directed to the Metropolitan

Correctional Center, Bureau of Prisons or the United States Marshal's Service should be denied, but

reasonable accommodations should be made to allow defendant to hear all court proceedings.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:

JOHN C. KOCORAS
Assistant U. S. Attorney
219 S. Dearborn, Suite 500
Chicago, Illinois 60604
(312) 353-7602

## CERTIFICATE OF SERVICE

The undersigned attorney, John C. Kocoras, certifies that he is employed in the Office of the

United States Attorney for the Northern District of Illinois; that on the 27th day of May 2005, he

served a copy of the foregoing GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION

REQUIRING ASSISTANCE NECESSARY TO HEAR COURT PROCEEDINGS by placing the

same in the United States mail addressed to:

Mr. John T. Theis, Esq.
Suite 220 - Barrister Hall
29 South LaSalle Street
Chicago, Illinois 60603

JOHN C. KOCORAS
Assistant U.S. Attorney

3