UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 04 CR 699 |
| v. | ) | Honorable John F. Keenan |
| | ) | |
| GALE NETTLES | ) | |

## NOTICE OF FILING

KC **FILED**

AUG 0 2 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   John Theis
      29 S. LaSalle
      Suite 220
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on Tuesday, August 2, 2005 I filed with the Clerk of this Court, **PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM,** service of which is being made upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

BY:   _____
      BRANDON FOX
      Assistant United States Attorney

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS |
| COUNTY OF COOK | ) | |

BARBARA BUCKNER, being first duly sworn on oath, deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the 2ND day of August 2005, she placed a copy of the foregoing Notice, together with a copy of the above-described petition, in an envelope in the United States mail located in the United States Courthouse, Chicago, Illinois, on said date.

_____

SUBSCRIBED and SWORN to before me
this 2nd day of August, 2005

_____
NOTARY PUBLIC

```
"OFFICIAL SEAL"
Wacile Anderson
Notary Public, State of Illinois
My Commission Exp. 10/24/2005
```

KC **FILED**

AUG 0 2 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
                                                      )
v.                                                    )      No. 04 CR 699
                                                      )      Judge John F. Keenan
GALE NETTLES                                          )

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United

States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor

that:

Name:                    CECIL BROWN
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due form and process of law, detained in the following institution:

SeagoVille FCI,

Your petitioner further shows to Your Honor that the said prisoner should appear as a witness

in the above-entitled matter to testify, in the United States District Court for the Northern District

of Illinois, Eastern Division, on September 6, 2005, at 9:00 a.m.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Testificandum in this behalf directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

UNITED STATES MARSHAL
Dallas, Texas

WARDEN
SEAGOVILLE, FCI
Seagoville, Texas

commanding them to produce the body of the said prisoner before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date, and that when these proceedings have been concluded, that the prisoner then be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Brandon D. Fox
Assistant U. S. Attorney

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 699 |
| | ) | Judge John F. Keenan |
| GALE NETTLES | ) | |

## O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name: CECIL BROWN
Date of Birth:
Sex:
Race:
Prisoner No.:

has been and now is, in due process of law, incarcerated in the following institution:

Seagoville FCI,

and is wanted to appear as a witness in the above-entitled matter to testify in the United States

District Court for the Northern District of Illinois, Chicago, Illinois on April 11, 2005, at 9:30

a.m.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

UNITED STATES MARSHAL
Dallas, Texas

WARDEN
SEAGOVILLE, FCI
Seagoville, Texas

bring or cause to be brought to the United States Courthouse, Chicago, Illinois, the body of the

said prisoner who is now incarcerated as aforesaid, on said date and at said time, and after the

conclusion of these proceedings, that the prisoner then be returned forthwith to said institution

from which he was brought, and that a Writ of Habeas Corpus Ad Testificandum directed to said

persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____

UNITED STATES DISTRICT JUDGE

DATED at Chicago, Illinois
this _____ day of _____, 2005

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )    No. 04 CR 699
)    Judge John F. Keenan
GALE NETTLES )

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:    UNITED STATES MARSHAL          UNITED STATES MARSHAL
       Northern District of Illinois          Dallas, Texas
       Chicago, Illinois

WARDEN
SEAGOVILLE, FCI
Seagoville, Texas

WE COMMAND YOU that you, at 9:00 a.m., on September 6, 2005, bring or cause to

be brought before the Honorable John F. Keenan, United States District Court for the Northern

District of Illinois, Eastern Division, in the United States Courthouse, Chicago, Illinois, the body

of:

Name:          CECIL BROWN
Date of Birth:
Sex:
Race:
Prisoner No.:

who has been and now is, in due form and process of law, incarcerated in the following

institution:

Seagoville FCI,

and who is wanted to appear as a witness in the above-entitled matter to testify on behalf of the

Government, in the United States District Court for the Northern District of Illinois, Eastern

Division on said date and at said time.

AND FURTHER, that at the termination of the proceedings before said Court, that you

return said prisoner to said institution under safe and secure conduct.

AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

WITNESS:                              The Honorable John F. Keenan
                                      Judge of the United States District
                                      Court for the Northern District of
                                      Illinois, Eastern Division, this
                                      ____ day of _____, 2005


                                      _____MICHAEL W. DOBBINS_____
                                               C L E R K



                                      _____

                                                D E P U T Y


AUSA: Brandon D. Fox
312-353-5277

2