UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
                            )    No. 04 CR 690
            v.              )    Judge John F. Keenan
                            )
GALE NETTLES               )


NOTICE OF MOTION


To: John Theis
    29 S. LaSalle
    Suite 220
    Chicago, IL 60603


        PLEASE TAKE NOTICE that on Wednesday, August 24, 2005, at
12:00 p.m., or as soon thereafter as counsel may be heard, I will
appear before Judge Keenan, in the courtroom occupies by Judge Charles
Kocoras', in the United States Courthouse, 219 S. Dearborn Street,
Chicago, Illinois, and then and there present **GOVERNMENT'S MOTION IN
LIMINE TO EXCLUDE AN ENTRAPMENT DEFENSE,** service of Government's
motion, which is being made upon you.

                                    BRANDON FOX
                                    Assistant United States Attorney
                                    219 South Dearborn Street - 5000
                                    Chicago, Illinois 60604
                                    (312) 353-5277


STATE OF ILLINOIS     )
                      )    SS
COUNTY OF COOK        )

Barbara J. Buckner, being first duly sworn on oath deposes and says
that she is employed in the Office of the United States Attorney for
the Northern District of Illinois; and that on the 15TH day of August
2005, she placed a copy of the foregoing Notice, together with a copy
of the above-described motion, in an envelope in the United States mail
located in the United States Courthouse, Chicago, Illinois, on said
date, and faxed a copy to defense attorney.

                                    SUBSCRIBED and SWORN to before me
                                    this 15th day of August, 2005

"OFFICIAL SEAL"
Carol L. Blue
Notary Public, State of Illinois
My Commission Exp. 06/24/2006         N O T A R Y    P U B L I C