KC FILED

AUG 1 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
-------------------------------------X
UNITED STATES OF AMERICA        :

                                    :      **ORDER**

      - against -         :      Case No. 04 CR 699

                                      :      Hon. John F. Keenan
GALE NETTLES,              :       (by designation)

                                      :
                 Defendant.    :
-------------------------------------X
**JOHN F. KEENAN, United States District Judge:**

        The Government has moved, in limine, to preclude any entrapment defense at trial, absent the filing of a sufficient pre-trial evidentiary proffer of facts to support such a defense. Defendant shall serve opposition papers to this motion no later than Tuesday, August 23, 2005 at 4:00 P.M. C.D.T. My chambers will make arrangements with Defendant's counsel for electronic transmission of a courtesy copy to the Court. At the conference scheduled for the next day in Chicago, the Government shall inform the Court whether reply papers shall be filed.

        The Government is directed to file a copy of this Order with the Clerk of the Court.

**SO ORDERED.**

Dated:  **New York, New York**
         **August /6 , 2005**

                            **JOHN F. KEENAN**
                      **United States District Judge**