Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Keenan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 CR 699 - 1 | **DATE** | 8/24/2005 |
| **CASE TITLE** | UNITED STATES vs. GALE NETTLES | | |

**DOCKET ENTRY TEXT:**

Government's motion (49) in limine hearing held. The defendant shall be provided with a hearing device on or by September 1, 2005. Voir dire questions for the court's consideration to be submitted on or by September 1, 2005. Ruling on government's motion (49) in limine to be made by mail. Jury trial to be conducted in Room 1719.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|