

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP - 1 2005
Chief Judge Charles P. Kocoras
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 699 |
| | ) | Judge John F. Keenan |
| GALE NETTLES | ) | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

1. The evidence in this case may indicate that the defendant Gale Nettles expressed beliefs critical of the federal government. Knowing this, could you be fair and impartial in your consideration of the evidence in this case?

2. This case involves an investigation by agents of the Federal Bureau of Investigation. Have you had any dealings or experiences with the FBI or its agents, or with any other federal agency? If so, would that experience affect your ability to be fair and impartial in your consideration of the evidence in this case?

3. In the trial of this case you will hear tape recordings of conversations with the defendant, which conversations were recorded lawfully by the government without the knowledge of the defendant. Would these facts in any way cause you to be unfair to either the government or the defendant?

4. The investigation in this case the government acquired evidence through the use of an individual cooperating with the FBI in an undercover capacity, and through the use of undercover law enforcement personnel. These are lawful techniques. Is there anything about the use of such undercover operatives that would make it difficult for you to be fair to both sides?

5. At various times during the trial, the Court will instruct you about the applicable law that you must follow. It is your obligation to follow the Court's instructions about the law,

whether you agree with the law or not. Do you have any difficulty with the notion that you must accept and follow the Court's instructions?

6. Do you have any religious, moral, ethical or other principles that would make it difficult for you to sit in judgment of another person?

7. Do you have any strong feelings, whether positive or negative, about the federal government, federal law enforcement, or law enforcement in general that would cause you to be unfair to either the government or the defendant?

8. Does anyone near and dear to you serve overseas in any branch of the military?

Respectfully Submitted,
PATRICK J. FITZGERALD
United States Attorney

By:

VICTORIA J. PETERS
BRANDON D. FOX
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

2

<u>AFFIDAVIT OF MAILING</u>

STATE OF ILLINOIS   )
                     )   SS
COUNTY OF COOK     )

Barbara Buckner, being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; and that on the 1st day of September, 2005 she placed a copy of **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS AND GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS** in an envelope addressed to the following named individual, and deposited envelope in the United States mail chute, located in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on said date.

To: John Theis
    29 S. LaSalle
    Suite 220
    Chicago, IL 60603

SUBSCRIBED and SWORN to before me this 1st day of September, 2005

"OFFICIAL SEAL"
Carol L. Blue
Notary Public, State of Illinois
My Commission Exp. 06/24/2006

N O T A R Y   P U B L I C