IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

GALE NETTLES,

                Defendant.

04 CR 699

Honorable John F. Keenan

### NOTICE OF FILING

**FILED**

J.N SEP X 1 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:   Ms. Victoria Peters
       Mr. Brandon Fox
       Assistant United States Attorney
       219 South Dearborn Street
       Suite 500
       Chicago, IL 60604

**PLEASE TAKE NOTICE THAT** on the 1ˢᵗ day of September 2005, we caused to be filed with the Clerk of the United States, District Court for the Northern District of Illinois:

### DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
Attorney for Defendant
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, Illinois 60603
(312) 782-1121

### CERTIFIED PROOF OF SERVICE

The undersigned, Judith Cavazos, a non-attorney, served a true and accurate copy of the foregoing Notice and attached document by hand delivery to the parties as addressed above on September 1, 2005.

JUDITH CAVAZOS

F:\Clancy\A ATHEIS\2004\Nettles\notoffil003.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GALE NETTLES,

Defendant.

04 CR 699

Honorable John F. Keenan

*FILED*

*JN SEP X 1 2005*

*MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT*

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

The Defendant submits the following as proposed *voir dire* questions for the Court's consideration.

1.     The Defendant is accused of among other things attempting to destroy the United States District Courthouse in which this trial is being held. Is there anything about the nature of this charge that would prevent you from being fair and impartial to the Defendant or the Government in this case?

2.     You may hear evidence that the Defendant has previously been convicted of a criminal offense. The Court will instruct you at the proper time as to the limited purpose for which you may consider this evidence. Would you be able to follow the Court's instruction or would the fact that Defendant may have a previous conviction prevent you from fairly considering whether the Defendant is guilty of the charges before you?

3.     From what media do you regularly obtain news information, including specific names of newspapers, magazines, television or cable stations, radio, or internet sites?

4.     What social, political, charitable or other organization do you belong to? Are you an officer or any other way an active participant in these organizations?

1

In addition, the Defendant requests the following changes to the Government's proposed *voir dire* questions.

1. The Defendant requests that the word "lawfully" be deleted from proposed Government *voir dire* question three.

2. The Defendant requests that the sentence "These are lawful techniques" be deleted from question four.

Respectfully submitted,

JOHN T. THEIS

John T. Theis
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AATHEIS\2004\Nettles\voir dire NETTLES.wpd

2