**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**



**FILED**

SEP - 2 2005

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | 04 CR 699 | |
| v. | | Honorable John F. Keenan |
| GALE NETTLES, | | |
| Defendant. | | |

## NOTICE OF FILING

TO:  Ms. Victoria Peters
Mr. Brandon Fox
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**PLEASE TAKE NOTICE THAT** on the 2nd day of September 2005, we caused to be filed with the Clerk of the United States, District Court for the Northern District of Illinois:

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS
AND REQUEST TO FILE SAME INSTANTER**

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
Attorney for Defendant
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, Illinois 60603
(312) 782-1121

## CERTIFIED PROOF OF SERVICE

The undersigned, Judith Cavazos, a non-attorney, served a true and accurate copy of the foregoing Notice and attached document by hand delivery to the parties as addressed above on September 2, 2005.

JUDITH CAVAZOS

F:\Clancy\A A THEIS\2004\Nettles\notoffil04.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED

SEP - 2 2005

MICHAEL W DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>GALE NETTLES,<br>Defendant. | 04 CR 699<br><br>Honorable John F. Keenan |

## DEFENDANT'S PROPOSED JURY INSTRUCTIONS AND REQUEST TO FILE SAME INSTANTER

NOW COMES the Defendant, GALES NETTLES, by and through his attorney, John T. Theis, and submits the following in response to the Court's request for proposed jury instructions in this case. Defendant also seeks leave to file these instructions instanter, and requests leave to supplement Defendant's proposed instructions should the issues at the trial so require.

1. The Defendant has reviewed the Government's Proposed Jury Instructions in this case, and agrees with the Government's submission in most respects. The Defense submits the following comments on and objections to the Government's submission:

> A. As to Government's Instruction #12, the Defense requests that this instruction be amended to fit the facts as they take place during the course of the trial.

> B. Government's #14 should now be amended to add the name Cecil Brown to that of Sylvia Anicua, based on information Defense has been tendered by the Government this week.

> C. The Defense objects to Government's #23 and subsequent instructions in which the use of the expression "attempting to provide materials for

terrorists" and related language is used. This is an issue that should be addressed in some detail, and the Defense will raise the issue at the appropriate time.

      D.     The Defense objects to Government Instruction #40.

2.     The Court ordered the Defense and the Government to provide it with *voir dire* questions and proposed jury instructions by September 1, 2005. Defendant submitted proposed *voir dire* questions but because of Defense counsel's involvement with numerous other issues in preparation for trial, the Defense was not in a position to respond to the Government's proposed instructions or provide instructions of his own on September 1, 2005, but asks leave to file these instructions with the Court instanter on today's date, September 2, 2005.

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, IL 60603
(312) 782-1121

F:\Clancy\AATHEIS\2004\Nettles\proposedinstructions NETTLES001.wpd