**FILED** L'AL

JAN 2 0 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

GALE NETTLES,

    Defendant.

1:04-cr-00699

Honorable John F. Keenan

## NOTICE OF APPEAL

Notice is hereby given that Defendant, GALE NETTLES, by and through his attorney,

JOHN T. THEIS, hereby appeals to the United States Court of Appeals from the Conviction and

Sentence entered in this action on September 15, 2005 (jury verdict) and January 12, 2006

(sentencing) respectively. Pursuant to the Recusal Order of the United States Court of Appeals

for the Seventh Circuit issued January 21, 2005, this Appeal should be assigned to an appropriate

Court. (See attached Recusal Order entered January 21, 2005)

Respectfully submitted,

John T. Theis
29 South La Salle Street, Suite220
Chicago, IL 60603
Phone: (312) 782-1121
Fax:    (312) 782-2852
E-mail: theislaw@aol.com

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

JUDGMENT- WITHOUT ORAL ARGUMENT

**Date: January 21, 2005**

**BEFORE:**          Honorable RICHARD A. POSNER, Circuit Judge

Honorable KENNETH F. RIPPLE, Circuit Judge

Honorable DIANE S. SYKES, Circuit Judge

No. 04-4104

IN RE:
    GALE NETTLES,
              Petitioner

Petition for Writ of Mandamus to the United States District Court for the
Northern District of Illinois, Eastern Division
No. 04 CR 699, Elaine E. Bucklo, Judge

With reluctance we conclude that Nettles is entitled to a writ of mandamus directing the recusal of Judge Bucklo and any other judge of the Northern District. No purpose would be served by requiring Nettles to renew his transfer motion in the district court, before a judge brought in from the Northern District, or to make a subsequent motion to recuse the members of this court. A more efficient method of proceeding is for us to recuse ourselves now, to be replaced by judges from other circuits who will be designated to hear any further proceedings instituted by Nettles in this court. The above is in accordance with the decision of this court entered on this date.

(1060-110393)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OF AMERICA,

                  Plaintiff,

       v.

GALE NETTLES,

                  Defendant.

1:04-cr-00699

Honorable John F. Keenan

### NOTICE OF FILING

TO:    Ms. Victoria Peters
Mr. Brandon Fox
Assistant United States Attorney
219 South Dearborn Street
Suite 500
Chicago, IL 60604

**FILED** LAL

JAN 2 0 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PLEASE TAKE NOTICE THAT** on the 20th day of January 2006, we caused to be filed with the Clerk of the United States, District Court for the Northern District of Illinois:

### NOTICE OF APPEAL and DOCKETING STATEMENT

Respectfully submitted,

JOHN T. THEIS

JOHN T. THEIS
Attorney for Defendant
29 South La Salle Street
Barrister Hall - Suite 220
Chicago, Illinois 60603
(312) 782-1121

### CERTIFIED PROOF OF SERVICE

The undersigned served a true and accurate copy of the foregoing Notice and attached document by hand delivery to the parties as addressed above on January 20, 2006.

JUDITH CAVAZOS

F:\Clancy\AATHEIS\2004\Nettles\notoffil004.wpd