UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 04 CR 699 |
| | ) | |
| GALE NETTLES | ) | Judge John F. Keenan |

**FILED**
JUL 1 0 2006
MICHAEL W. DOBBINS
CLERK U.S. DISTRICT COURT

## GOVERNMENT'S EXHIBITS

The United States of America, by PATRICK J. FITZGERALD, United States Attorney

for the Northern District of Illinois, hereby furnishes the District Court Clerk with the following

exhibit to be included in the record on appeal:

(1)     Government Exhibit 11/25/03 Tape
(2)     Government Exhibit 11/25/03 Transcript
(3)     Government Exhibit 12/1/03 Tape
(4)     Government Exhibit 12/1/03 Transcript
(5)     Government Exhibit 1/7/04 Tape
(6)     Government Exhibit 1/7/04 Transcript
(7)     Government Exhibit 1/14/04 Tape
(8)     Government Exhibit 1/14/04 Transcript
(9)     Government Exhibit 6/2/04 Tape
(10)    Government Exhibit 6/2/04 Transcript
(11)    Government Exhibit 7/19/04 Tape
(12)    Government Exhibit 7/19/04 Transcript
(13)    Government Exhibit 7/21/04 Tape
(14)    Government Exhibit 7/21/04 Transcript
(15)    Government Exhibit 7/25/04 Tape
(16)    Government Exhibit 7/25/04 Transcript
(17)    Government Exhibit 7/26/04 Tape A
(18)    Government Exhibit 7/26/04 Transcript A
(19)    Government Exhibit 7/26/04 Tape B
(20)    Government Exhibit 7/26/04 Transcript B
(21)    Government Exhibit 7/29/04 Tape
(22)    Government Exhibit 7/29/04 Transcript
(23)    Government Exhibit 7/31/04 Tape
(24)    Government Exhibit 7/31/04 Transcript
(25)    Government Exhibit 8/1/04 Tape
(26)    Government Exhibit 8/1/04 Transcript

(27)    Government Exhibit 8/4/04 Tape A
(28)    Government Exhibit 8/4/04 Transcript A.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney


 /s Brandon D. Fox
BRANDON D. FOX
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5277

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document :

GOVERNMENT'S EXHIBITS

was served on July 10, 2006, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s Brandon D. Fox
BRANDON D. FOX
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5277